IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION | No. 18 CV 4171<br>MDL No. 2842 |

### INITIAL STATUS ORDER

The Judicial Panel on Multidistrict Litigation transferred this case to the court by Transfer Order, filed on June 15, 2018, and the parties appeared for an initial conference on July 11, 2018, at 10:30 a.m. in courtroom 1719, 219 South Dearborn Street, Chicago, Illinois.

### I. Consolidation

The Court hereby consolidates for pretrial purposes all In re: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation actions transferred to this court by the JPML. Any tag-along actions later transferred to this court, or directly filed in the Northern District of Illinois, will automatically be consolidated with this action without the necessity of future motions or orders. This consolidation, however, does not constitute a determination that the actions should be consolidated for trial.

### II. Filings

The Clerk is maintaining a master case file under the heading "In re: Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation," Case Number 18 CV 4171, MDL No. 2842. All orders, pleadings, motions, and other documents served or filed in 18 CV 4171 shall bear the following caption:

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION | No. 18 CV 4171<br>MDL No. 2842 |

When a party intends for a filing to apply to all of the consolidated actions, the party should indicate that by using the words "This Document Relates to All Cases" in or just after the case caption. When a party intends a filing to apply only to some of the consolidated actions, the party making the filing should file it both under Case Number 18 CV 4171 and under the individual case number assigned to

the particular case. The party making such a filing should indicate that by using the words "This Document Relates to [case number]" in or just after the caption.

### III. Service List

This order is being served upon the counsel whose appearances are listed on the docket of Case No. 18 CV 4171. Counsel who receive this order are directed to forward a copy of the order to any other attorneys who filed appearances in cases that have been transferred to this Court and who are not listed on the service list on 18 CV 4171. Counsel who represent a party in a case transferred under the MDL who do not currently appear of record in Case Number 18 CV 4171 should file their notices of appearance in the case.

All counsel are required to promptly register for and participate in the Northern District of Illinois's CM/ECF filing system. That system gives each counsel immediate access to all electronically filed documents and obviates the need to make personal service on the individual parties. Unless otherwise ordered, all documents shall be filed electronically via the Court's CM/ECF system and must be filed in accordance with the Northern District of Illinois' Local Rules and Judge Shah's individual procedures (available at www.ilnd.uscourts.gov/Judges.aspx).

### IV. Applications for Lead or Liaison Counsel

The parties filed memoranda setting forth proposals for a selection process to determine lead or liaison counsel. The court concludes that a single round of applications for appointment as lead and/or liaison counsel will be sufficient to make the initial selection decision. The applications are limited to 15 pages and may include proposals for coordinating, or structuring, the claims. Applications are due July 25, 2018, and responses are due August 1, 2018. A status hearing to discuss the applications is tentatively set for August 8, 2018, at 11:00 a.m., for plaintiffs' counsel only.

### V. Orders Entered by Transferor Courts

The court vacates any orders entered by transferor courts setting dates for pleadings or authorizing discovery. All responses to complaints are stayed pending the filing of a consolidated master complaint(s).

### VI. Mandatory Initial Pilot Project Designations

The court vacates any order designating cases for participation in the Mandatory Initial Discovery Pilot in the Northern District of Illinois. The Clerk of Court is directed to de-designate all member cases from inclusion in the MIDP and

is directed not to designate any cases transferred to or made part of the MDL in the future for inclusion in the MIDP.

### VII. Other Procedures

Counsel should familiarize themselves with the Local Rules for the Northern District of Illinois, and Judge Shah's individual procedures. Questions can be directed to the courtroom deputy, via email at susan_mcclintic@ilnd.uscourts.gov.

### VIII. Compensation and Time/Expense Records

Any counsel who anticipates seeking an attorney fee award or expense reimbursement shall comply with the Manual for Complex Litigation, Fourth § 14.213 regarding the maintenance and filing of contemporaneous records reflecting the services performed and the expenses incurred.

ENTER:

Date: July 11, 2018

                                    Manish S. Shah
                                    U.S. District Judge