IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION | ) ) ) ) ) | No. 18 CV 4171 MDL No. 2842 |
| This document relates to: All actions. | ) ) | Honorable Manish S. Shah |

**NON-EXCHANGE DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFFS' PROPOSALS FOR PROSECUTION OF THIS MATTER**

The Court invited Plaintiffs' counsel to file applications for appointment to lead counsel by July 25, 2018. (Dkt. 47.) On July 25, multiple Plaintiffs' counsel filed applications to be appointed as lead counsel or to other plaintiff leadership positions within this MDL. The undersigned Defendants ("Non-Exchange Defendants") take no position on the issue of selection of lead counsel or other plaintiff leadership positions.

However, the application of Quinn Emanuel and Robbins Geller, counsel for Plaintiff Bueno, included a proposal for dividing this litigation into two phases. (*See* Dkt. 74 at 13-15.) This proposal would have a first phase in which only the Chicago Board Options Exchange ("CBOE") Defendants would be permitted to move to dismiss the claims asserted against them in an initial consolidated complaint, with Non-Exchange Defendants being subjected to discovery under Fed. R. Civ. P. 45 should the Court deny any part of CBOE Defendants' motion to dismiss. Under this proposal, Non-Exchange Defendants would only be permitted to move to dismiss any claims against them after this period of discovery, and likely in response to an amended complaint.

Non-Exchange Defendants are concerned that this proposal, among other things, may result in a forfeiture of the protections of the Private Securities Litigation Reform Act's stay of discovery during the pendency of any motion to dismiss, as well as inefficient piecemeal litigation. *See* 15 U.S.C. § 78u-4(b)(3)(B); Class Action Complaint, *Bueno v. CBOE Global Markets, Inc.*, No. 1:18-cv-02435 (N.D. Ill. Apr. 5, 2018) (Dkt. 1). If the Court is inclined to consider seriously this proposal, Non-Exchange Defendants respectfully request the opportunity to present their objection in writing and be heard on the issue before a decision is made.

| | |
|---|---|
| Dated: August 1, 2018 | Respectfully submitted, |
| | /s/ *Kristen R. Seeger* |
| | Kristen R. Seeger |
| | David A. Geiger |
| | |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| | kseeger@sidley.com |
| | dgeiger@sidley.com |
| | |
| | *Attorneys for Defendants Wolverine Trading LLC and Wolverine Trading L.P.* |
| | |
| | /s/ *Karen Hoffman Lent* |
| | Karen Hoffman Lent (pro hac vice) |
| | |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 4 Times Square |
| | New York, NY 10036 |
| | Telephone: (212) 735-3000 |
| | Facsimile: (212) 735-2000/1 |
| | karen.lent@skadden.com |

R. Ryan Stoll
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
ryan.stoll@skadden.com

Jonathan L. Marcus (pro hac vice)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
jonathan.marcus@skadden.com

*Attorneys for Defendants Citigroup Derivatives Markets, Inc. and Citigroup Financial Products, Inc.*

/s/ *Christian T. Kemnitz*
Christian T. Kemnitz
Charles A. DeVore
Hannah O. Koesterer

KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
christian.kemnitz@kattenlaw.com
charles.devore@kattenlaw.com
hannah.koesterer@kattenlaw.com

*Attorneys for Defendant Belvedere Trading, LLC*

/s/ *Adam L. Hoeflich*
Adam L. Hoeflich
Abby M. Mollen

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
adam.hoeflich@bartlit-beck.com
abby.mollen@bartlit-beck.com

*Attorneys for Defendant Citadel Securities LLC*

/s/ *Harry P. Lamberson*
Harry P. Lamberson

1024 N. Western Avenue
Lake Forest, IL 60045
Telephone: (847) 295-5582
hplamberson@aol.com

P. Stephen Fardy
William D. Patterson
SWANSON, MARTIN & BELL, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Facsimile: (312) 321-0990
sfardy@smbtrials.com
wpatterson@smbtrials.com

*Attorneys for Defendant Consolidated Trading, LLC*

/s/ *Stephen P. Bedell*
Stephen P. Bedell
Thomas P. Krebs
David B. Goroff

FOLEY & LARDNER LLP
321 North Clark Street Suite 2800

4

Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
sbedell@foley.com
tkrebs@foley.com
dgoroff@foley.com

*Attorneys for Defendant CTC, LLC*

/s/ *Jonathan D. Cogan*
Jonathan D. Cogan
Michael S. Kim
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
jonathan.cogan@kobrekim.com
michael.kim@kobrekim.com

*Attorneys for Defendant DRW Holdings, LLC*

/s/ *Ryan P. Phair*
Ryan P. Phair
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
rphair@huntonak.com

Julie B. Porter
SALVATORE PRESCOTT & PORTER PLLC
1010 Davis Street
Evanston, IL 60201
Telephone: (312) 283-5711
Facsimile: (312) 724-8353
porter@spplawyers.com

*Attorneys for Defendant IMC Financial Markets, LLC*

5

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of Illinois' General Order on Electronic Case Filing, General Order 16-0020(IX)(C), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

*/s/ Kristen R. Seeger*
Kristen R. Seeger

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2018, I caused to be electronically filed the foregoing Non-Exchange Defendants' Statement in Response to Plaintiffs' Proposals for Prosecution of this Matter with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Kristen R. Seeger*
Kristen R. Seeger