# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | 1:18-cv-04171<br>MDL No. 2842<br><br>Honorable Manish S. Shah<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DRW HOLDINGS, LLC PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs, through Court-appointed Co-Lead Counsel, hereby give notice that all claims in this multi-district litigation against DRW Holdings, LLC are voluntarily dismissed, without prejudice.

Dated: October 1, 2018     Respectfully submitted,

By: */s/ Jonathan C. Bunge*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jonathan C. Bunge (Il. Bar #6202603)
Jessica Beringer (Il. Bar #6316524)
Margaret Haas (Il. Bar #6309897)
Athena Dalton (Il. Bar #6326790)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401
jonathanbunge@quinnemanuel.com
jessicaberinger@quinnemanuel.com
margarethaas@quinnemanuel.com
athenadalton@quinnemanuel.com

Daniel L. Brockett
Crystal Nix-Hines
Toby E. Futter
Christopher M. Seck
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
crystalnixhines@quinnemanuel.com
tobyfutter@quinnemanuel.com
christopherseck@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
jeremyandersen@quinnemanuel.com

*Co-Lead Counsel*

*/s/ Kimberly A. Justice*
**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Kimberly A. Justice
Geoffrey C. Jarvis
Joshua D'Ancona
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
kjustice@ktmc.com
gjarvis@ktmc.com
jdacona@ktmc.com
jmaterese@ktmc.com

Stacey M. Kaplan
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Fax: (415) 400-3001
skaplan@ktmc.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018, I caused the foregoing to be filed via the Court's CM/ECF system. The ECF system will serve copies of this notice on all parties of record.

*/s/ Jonathan C. Bunge*
Jonathan C. Bunge (Il. Bar #6202603)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**