**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 1:18-cv-04171<br><br>MDL No. 2842<br><br>Honorable Manish S. Shah |

**NOTICE OF FILING OF NAMED PLAINTIFFS' CERTIFICATIONS
PURSUANT TO FEDERAL SECURITIES LAWS**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that Plaintiffs file herewith **Named Plaintiffs' Certifications and Amended Certification in connection with Plaintiffs' Consolidated Class Action Complaint** (Dkt. No. 140).

Dated: October 26, 2018　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| By: */s/ Jonathan C. Bunge* | */s/ Kimberly A. Justice* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KESSLER TOPAZ MELTZER & CHECK, LLP |
| Jonathan C. Bunge (Il. Bar #6202603) | Joseph H. Meltzer |
| Jessica Beringer (Il. Bar #6316524) | Kimberly A. Justice |
| Margaret Haas (Il. Bar #6309897) | Geoffrey C. Jarvis |
| Athena Dalton (Il. Bar #6326790) | Joshua A. Materese |
| 191 N. Wacker Drive, Suite 2700 | 280 King of Prussia Road |
| Chicago, Illinois 60606 | Radnor, PA 19087 |
| Telephone: (312) 705-7400 | Telephone: (610) 667-7706 |
| Fax: (312) 705-7401 | Fax: (610) 667-7056 |
| jonathanbunge@quinnemanuel.com | jmeltzer@ktmc.com |
| jessicaberinger@quinnemanuel.com | kjustice@ktmc.com |
| margarethaas@quinnemanuel.com | gjarvis@ktmc.com |
| athenadalton@quinnemanuel.com | jmaterese@ktmc.com |
| | |
| Daniel L. Brockett | Stacey M. Kaplan |
| Crystal Nix-Hines | One Sansome Street, Suite 1850 |
| Toby E. Futter | San Francisco, CA 94104 |
| Christopher M. Seck | Telephone: (415) 400-3000 |
| 51 Madison Avenue, 22nd Floor | Fax: (415) 400-3001 |
| New York, New York 10010 | skaplan@ktmc.com |
| Telephone: (212) 849-7000 | |
| Fax: (212) 849-7100 | *Co-Lead Counsel* |
| danbrockett@quinnemanuel.com | |
| crystalnixhines@quinnemanuel.com | |
| tobyfutter@quinnemanuel.com | |
| christopherseck@quinnemanuel.com | |
| | |
| Jeremy D. Andersen | |
| 865 South Figueroa Street, 10th Floor | |
| Los Angeles, California 90017 | |
| Telephone: (213) 443-3000 | |
| jeremyandersen@quinnemanuel.com | |
| | |
| *Co-Lead Counsel* | |

## CERTIFICATE OF SERVICE

I, Jonathan C. Bunge, hereby certify that on October 26, 2018, I electronically filed the foregoing **Named Plaintiffs' Certifications and Amended Certification in connection with Plaintiffs' Consolidated Class Action Complaint** with the Clerk of the court using the CM/ECF system, which thereby electronically served all counsel of record.

*/s/ Jonathan Bunge*

Jonathan C. Bunge

Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401
jonathanbunge@quinnemanuel.com