IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION | No. 18 CV 4171<br>MDL No. 2842 |

**UNCONTESTED MOTION BY ERIN C. DURBA TO WITHDRAW FROM PLAINTIFFS' STEERING COMMITTEE AND BY FTC CAPITAL GMBH AND LRI INVEST S.A. TO APPOINT MICHELLE C. CLERKIN TO PLAINTIFFS' STEERING COMMITTEE**

Erin C. Durba and FTC Capital GmbH and LRI Invest S.A. hereby move for an order: (i) permitting Ms. Durba to withdraw from the Plaintiffs' Steering Committee and as counsel for FTC Capital GmbH and LRI Invest S.A.; and (ii) appointing Michelle C. Clerkin of Motley Rice LLC as her replacement, for the reasons set forth in the accompanying Memorandum in Support of this Motion.

Prior to filing this motion, movants contacted counsel for Defendants, who stated that Defendants do not object to the relief sought by this motion.

Dated: November 6, 2018

                                              */s/ Erin C. Durba*

                                              Erin C. Durba (admitted *pro hac vice*)
                                              MOTLEY RICE LLC
                                              600 Third Ave., Suite 2101
                                              New York, NY 10016
                                              Telephone: (212) 577-0040
                                              Facsimile: (212) 577-0054
                                              Email: edurba@motleyrice.com

                                              *Member of Plaintiffs' Steering Committee*

*/s/ Michelle C. Clerkin*

Michelle C. Clerkin (*pro hac vice* pending)
MOTLEY RICE LLC
600 Third Ave., Suite 2101
New York, NY 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
Email: mclerkin@motleyrice.com

*Counsel for FTC Capital GmbH and LRI Invest S.A*

2

**Certificate of Service**

    I, Erin C. Durba, an attorney, hereby certify that on November 6, 2018, I effected service of a copy of this document by filing it on ECF in respect of all Filing Users, and that I will comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                */s/ Erin C. Durba*

                                                Erin C. Durba