## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION | No. 18 CV 4171 MDL No. 2842 |

## ORDER OF APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

The motion to modify the order appointing plaintiffs' leadership counsel [226] is granted in limited part. Ms. Justice will remain co-lead counsel for now, but Sharan Nirmul, Kessler Topaz, is immediately appointed to plaintiffs' steering committee to allow for continuity of assignments and to allow the Kessler Topaz clients to have a role in directing the case. Mr. Nirmul's appointment will expire, along with all other appointments, on August 1, 2019. *See* [119].

I will consider restructuring the committee and appointing different lead counsel for terms to begin on August 1, 2019, after ruling on the pending motion to dismiss.

ENTER:

Date: April 16, 2019

Manish S. Shah
U.S. District Judge