UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Chicago Board Options Exchange Volatility Index
Manipulation Antitrust Litigation, et al.

    Plaintiff,

v.     Case No.: 1:18−cv−04171
    Honorable Manish S. Shah

John Does, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2019:

    MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The briefing schedule on LJM Partners, Ltd.'s motion to expedite discovery [253] is as follows: Cboe shall respond by 7/2/19; LJM's reply is due 7/16/19. Status hearing remains set for 7/16/19 at 9:30 a.m. Non−lead counsel may listen to the proceedings by dialing 888−204−5984 and using the access code: 9146677. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.