**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION | Case No. 1:18-cv-04171<br><br>MDL No. 2842<br><br>Honorable Manish S. Shah |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR
RULE 54 JUDGMENT AND MOTIONS FOR LEAVE TO PURSUE DISCOVERY**

Defendants Cboe Global Markets, Inc., Cboe Futures Exchange LLC, and Cboe Exchange, Inc. (collectively "Cboe"), by and through their counsel, hereby move this Court for an order extending Cboe's time to respond to (i) MDL Plaintiffs' Motion for Entry of Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b), (ii) MDL Plaintiffs' Motion for Leave to Serve a Third-Party Subpoena Prior to the Rule 26(f) Conference, and (iii) LJM Partners and Two Roads Shared Trust's Joint Motion for Expedited Discovery and Memorandum of Law In Support ("Plaintiffs' Motions") by 8 days, to and including March 13, 2020, and also extending the time for replies by 8 days, to and including March 20, 2020.  In support of this Motion, Cboe states as follows:

1. On February 6, 2020, this Court entered a scheduling order under which Plaintiffs' Motions were due on February 20, 2020, responses are due on March 5, and replies are due on March 12.  This Court also set a status hearing on April 9, 2020.  (Dkt. 287.)

2. On February 20, 2020, Plaintiffs' Motions were filed.  (Dkts. 290, 292, 294.)

3. The discovery motions filed by the MDL Plaintiffs and LJM Partners and Two Roads Shared Trust take different approaches to proposed discovery that raise different issues and therefore are likely to require separate responses.

4. In addition, Cboe's undersigned counsel has had unexpected personal and professional commitments arise since the scheduling order was entered.

5. Cboe therefore requires a short extension of time to prepare responses to Plaintiffs' Motions. This request is not being made for purposes of delay.

6. On February 25, 2020, the undersigned counsel conferred with MDL co-lead counsel Mr. Bunge and counsel for LJM Partners and Two Roads Shared Trust, who confirmed that they do not oppose the relief requested in this Motion.

WHEREFORE, Cboe respectfully requests an order extending the time for its responses to Plaintiffs' Motions by 8 days, to and including March 13, 2020, and also extending the time for Plaintiffs' replies by 8 days, to and including March 20, 2020.

Dated: February 26, 2020                     Respectfully submitted,

                                             By: */s/ Gregory M. Boyle*
                                                 Reid J. Schar
                                                 Gregory M. Boyle
                                                 JENNER & BLOCK LLP
                                                 353 N. Clark Street
                                                 Chicago, IL 60654-3456
                                                 (312) 222-9350
                                                 rschar@jenner.com
                                                 gboyle@jenner.com
                                                 Counsel for Cboe Defendants

**CERTIFICATE OF SERVICE**

I, Gregory M. Boyle, hereby certify that on February 26, 2020, I electronically filed the forgoing **Unopposed Motion to Extend Time to Respond to Motion for Rule 54 Judgment and Motions for Leave to Pursue Discovery** using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of Record.

/s/ Gregory M. Boyle

*Counsel for Cboe Global Markets, Inc., Cboe Futures Exchange LLC, and Cboe Exchange, Inc.*