# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 19, 2020

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-1843
>
> Caption:
> IN RE:
>     CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX
>     MANIPULATION ANTITRUST LITIGATION
>
> APPEAL OF: BRIAN BARRY, et al.

> District Court No: 1:18-cv-04171
> Court Reporter Rosemary Scarpelli
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Manish S. Shah
>
> Date NOA filed in District Court: 05/19/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)