UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This document relates to all actions* | Case No. 1:18-cv-04171<br><br>MDL No. 2842<br><br>Honorable Manish S. Shah |

## **MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Brian Barry hereby respectfully moves this Court for an Order permitting the withdrawal of the appearance of Eamon O'Kelly in the above captioned action. As of February 11, 2022, the undersigned will no longer be associated with the law firm of Robins Kaplan LLP. Kellie Lerner of Robins Kaplan LLP will continue to be counsel of record for Plaintiff and no delay in the progress of this action will result from the withdrawal. Accordingly, Eamon O'Kelly requests that his withdrawal as counsel be granted and he be removed from this action's electronic case filing (ECF) service list.

DATED: February 10, 2022                By:  */s/ Eamon O'Kelly*

Eamon O'Kelly
Kellie Lerner
900 Third Avenue, Suite 1900
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
eokelly@robinskaplan.com
klerner@robinskaplan.com

*Counsel for Plaintiff Brian Barry*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, I caused a true and correct copy of the foregoing Motion of Withdrawal of Counsel to be served upon all counsel of record via the Court's CM/ECF system.

Dated: February 10, 2022   /s/ *Eamon O'Kelly*

Eamon O'Kelly
ROBINS KAPLAN LLP
900 Third Avenue, Suite 1900
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
EOkelly@robinskaplan.com