# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | 18-cv-4171<br>MDL No. 2842<br><br>Honorable Manish S. Shah |

**JOINT APPLICATION FOR RENEWED APPOINTMENT OF**
**PLAINTIFFS' LEADERSHIP COUNSEL**

On August 16, 2018, the Court appointed Co-Lead Counsel and a Steering Committee for this action for a one-year term (Dkts. 119-120, appointment expiring Aug. 16, 2019). The Court determined those appointments would "best represent the variety of named plaintiffs, products, and potential theories of liability." Dkt. 119. The Court has since renewed those appointments several times for either six-month or 1-year terms.[1]

The most recent appointment term will expire on February 28, 2022. Dkt. 334. Accordingly, the undersigned now submit this joint application to renew the Court's current appointments, with no changes, for another year. All Co-Lead Counsel, and members of the Steering Committee, support this renewal. If granted, the Leadership Counsel and Steering Committee would remain as follows:

| Proposed Co-Lead Counsel | Proposed Steering Committee |
|---|---|
| Kimberly A. Justice<br>Freed Kanner London & Millen LLC<br>923 Fayette Street<br>Conshohocken, Pennsylvania 19428 | David C. Frederick<br>Kellogg Hansen Todd Figel & Frederick, PLLC<br>1615 M Street NW, Suite 400<br>Washington, DC 20036 |
| Jonathan C. Bunge<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 N. Wacker Dr., Suite 2700<br>Chicago, IL 60606 | Hilary K. Scherrer<br>Hausfeld LLP<br>888 16th Street NW, Suite 300<br>Washington, DC 20006 |
| Sharan Nirmul<br>Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Michelle C. Clerkin<br>Motley Rice LLC<br>777 Third Ave., 27th Floor<br>New York, NY 10017 |

Co-Lead Counsel, along with the Steering Committee, have continued to fulfill all of the duties and responsibilities outlined in the appointment order. The appeal of this Court's dismissal order is still pending in the Seventh Circuit. Though counsel do not expect any actions

---

[1] *See* Dkt. 241 (extending appointments through Aug. 1, 2019); Dkt. 268 (extending appointments through Feb. 17, 2020); Dkt. 302 (extending appointments through Feb. 28, 2021); Dkt. 334 (extending appointments through Feb. 28, 2022).

to be necessary on behalf of the class until the Seventh Circuit issues a decision, we believe it prudent to have the appointments formally extended now so that responsibility for acting on behalf of the class is clear. That way, the class is not left unprotected should unforeseen events require quick decisions, such as (hypothetically) whether to file a request for re-hearing any aspect of the appeal following the Seventh Circuit's (forthcoming) decision.

| | |
|---|---|
| Dated: February 23, 2022 | Respectfully submitted, |
| By: */s/ Jonathan C. Bunge* | */s/ Kimberly A. Justice* |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **FREED KANNER LONDON & MILLEN, LLC** |
| Jonathan C. Bunge (Il. Bar #6202603) | Kimberly A. Justice |
| 191 N. Wacker Drive, Suite 2700 | 923 Fayette Street |
| Chicago, Illinois 60606 | Conshohocken, Pennsylvania 19428 |
| Telephone: (312) 705-7400 | T: (610) 234-6771 |
| Fax: (312) 705-7401 | F: (224) 632-4521 |
| jonathanbunge@quinnemanuel.com | kjustice@fklmlaw.com |
| | |
| Daniel L. Brockett | Michael J. Freed (Il. Bar #0869120) |
| Toby E. Futter | Douglas A. Millen (Il. Bar #6226978) |
| Christopher M. Seck | Michael Moskovitz (Il. Bar #6237728) |
| 51 Madison Avenue, 22nd Floor | Brian M. Hogan (Il. Bar #6286419) |
| New York, New York 10010 | 2201 Waukegan Road, Suite 130 |
| Telephone: (212) 849-7000 | Bannockburn, IL 60015 |
| Fax: (212) 849-7100 | Tel.: (224) 632-4500 |
| danbrockett@quinnemanuel.com | Fax: (224) 632-4521 |
| tobyfutter@quinnemanuel.com | mfreed@fklmlaw.com |
| christopherseck@quinnemanuel.com | dmillen@fklmlaw.com |
| | mmoskovitz@fklmlaw.com |
| Jeremy D. Andersen | bhogan@fklmlaw.com |
| 865 South Figueroa Street, 10th Floor | |
| Los Angeles, California 90017 | */s/ Sharan Nirmul* |
| Telephone: (213) 443-3000 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| Fax: (213) 443-3100 | |
| jeremyandersen@quinnemanuel.com | Sharan Nirmul |
| | 280 King of Prussia Road |
| *Co-Lead Counsel* | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| | Fax: (610) 667-7056 |
| | snirmul@ktmc.com |
| | |
| | *Co-Lead Counsel* |

<div style="display: flex;">

*/s/ Hilary K. Scherrer*
**HAUSFELD LLP**
Hilary K. Scherrer
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Fax: (202) 540-7201
hscherrer@hausfeld.com

*/s/ Michelle C. Clerkin*
**MOTLEY RICE LLC**
Michelle C. Clerkin
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0046
Fax: (212) 577-0054
mclerkin@motleyrice.com

</div>

*/s/ David C. Frederick*
**KELLOGG HANSEN TODD FIGEL**
**& FREDERICK, PLLC**
David C. Frederick
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7951
Fax: (202) 326-7999
dfrederick@kellogghansen.com

**CERTIFICATE OF SERVICE**

I, Jonathan C. Bunge, hereby certify that on February 23, 2022, I electronically filed the foregoing document using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of Record.

Dated: February 23, 2022                    */s/ Jonathan C. Bunge*
                                            Jonathan C. Bunge