# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation, et al.

                                 Plaintiff,

v.                                                       Case No.: 1:18−cv−04171

                                                                  Honorable Manish S. Shah

John Does, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2022:

       MINUTE entry before the Honorable Manish S. Shah: Lead counsel in the class action shall file a status report by 8/25/22 with a proposal for next steps. Plaintiffs LJM Partners and Two Roads Shared Trusts' motions to compel are granted. Cboe shall identify Firms 5, 8, 9, 12, 13, 14, 16, and 17 to plaintiffs by 8/23/22, and plaintiffs shall file second amended complaints on the dockets of 19−cv−368 and 20−cv−831 by 8/30/22. Enter order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.