UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 1:18-cv-04171<br><br>MDL No. 2842<br><br>Honorable Manish S. Shah |

# PLAINTIFFS' STATUS REPORT

Pursuant to this Court's August 16, 2022 Order (Dkt. 362) requesting a status report and proposed next steps, Co-Lead Counsel have conferred, and have also consulted with the Steering Committee. Given that any proposal could greatly impact the named plaintiffs, Co-Lead Counsel are also of course seeking to secure consensus among the plaintiffs themselves, but unfortunately do not have client authorization with respect to all of the named plaintiffs.

In this regard, Co-Lead Counsel note that many of the named plaintiffs are individuals, some of whom have been on vacation. Co-Lead Counsel specifically note that we are aware of one named plaintiff who has been traveling in a remote location abroad, with no computer and little connectivity. That named plaintiff returns September 4, 2022, and has specifically requested the opportunity to get home first, as to be able to make a fully informed decision.

To give us time to confer with all the named plaintiffs, Co-Lead Counsel respectfully request that the Court grant us until September 12, 2022 to present a proposal regarding next steps.

1

Dated: August 25, 2022

Respectfully submitted,

/s/ Jonathan C. Bunge

**QUINN EMANUEL URQUHART &**
**& SULLIVAN, LLP**
Jonathan C. Bunge (Il. Bar #6202603)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705 7400
Fax: (312) 705 7401
jonathanbunge@quinnemanuel.com

Daniel L. Brockett (*pro hac vice*)
Toby E. Futter (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
tobyfutter@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com