UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 1:18-cv-04171<br><br>MDL No. 2842<br><br>Honorable Manish S. Shah |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's orders requesting a status report and proposed next steps (Dkts. 362, 368), Co-Lead Counsel have conferred, including with each other, the Steering Committee, and the named Plaintiffs.

Considering, among other things, (i) the Court's decision that there was not "good cause" for identifying discovery because "there is too much for plaintiffs to learn before they can craft a complaint that names names" (Dkt. 311 at 3), (ii) this Court's and the Seventh Circuit's rulings on many aspects of the complaint more generally, and (iii) the available information about which we are aware from non-CBOE sources, we do not at this time see "another way to advance [Plaintiffs'] case against the Does." *Id*.

At this time, no Doe has actually been identified nor has any Doe filed any responsive papers. Accordingly, in terms of a "proposal for next steps" (Dkt. 362), Plaintiffs are filing a notice of voluntarily dismissal, without prejudice, with respect to the Doe Defendants. Date: September 12, 2022

                                                    Respectfully submitted:

                                                    */s/ Kimberly A. Justice*

**FREED KANNER LONDON & MILLEN LLC**
Kimberly A. Justice
923 Fayette Street
Conshohocken, Pennsylvania
Telephone: (610) 234-6771
Fax: (224) 632-4521
kjustice@fklmalw.com

**QUINN EMANUEL URQUHART & & SULLIVAN, LLP**
Jonathan C. Bunge (Il. Bar #6202603)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705 7400
Fax: (312) 705 7401
jonathanbunge@quinnemanuel.com

Daniel L. Brockett (*pro hac vice*)
Toby E. Futter (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
tobyfutter@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
snirmul@ktmc.com