UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | Case No. 1:18-cv-04171<br><br>MDL No. 2842<br><br>Honorable Manish S. Shah |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their undersigned counsel hereby give notice that the claims against the "Doe Defendants" are voluntarily dismissed without prejudice.

Dated: September 12, 2022

Respectfully submitted,

*/s/ Kimberly A. Justice*

**FREED KANNER LONDON & MILLEN LLC**
Kimberly A. Justice
923 Fayette Street
Conshohocken, Pennsylvania
Telephone: (610) 234-6771
Fax: (224) 632-4521
kjustice@fklmalw.com

**QUINN EMANUEL URQUHART & & SULLIVAN, LLP**
Jonathan C. Bunge (Il. Bar #6202603)
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606

Telephone: (312) 705 7400
Fax: (312) 705 7401
jonathanbunge@quinnemanuel.com

Daniel L. Brockett (*pro hac vice*)
Toby E. Futter (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
tobyfutter@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
snirmul@ktmc.com