# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation, et al.

Plaintiff,

v.

Case No.: 1:18−cv−04171

Honorable Manish S. Shah

John Does, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2022:

MINUTE entry before the Honorable Manish S. Shah: Pursuant to the notice of dismissal, all claims against Doe Defendants are dismissed without prejudice. This ends the MDL litigation in this court. All related cases will be terminated pursuant to the notice of dismissal and the 4/21/20 judgment entered in favor of Cboe, except for case numbers 19−cv−368 and 20−cv−831, which will proceed as individual actions on their own dockets. The clerk shall close this case and notify the JPML to close MDL No. 2842. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.